# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02478-LTB

JOSE I. BERMUDEZ, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

# ORDER
_____

Upon the Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc 19 - filed October 14, 2009), it is

ORDERED that the Motion is GRANTED and Defendant is to pay attorney fees in the amount of $4,400.00 under the Equal Access to Justice Act.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: October 15, 2009